JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

NOV 24 1982

DOCKET NO. 528

PATRICIA D. HOWARD
CLERK OF THE PANEL

11/24/82

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE GENERAL AVERAGE LITIGATION ARISING FROM THE GROUNDING OF THE M/V JYTTE SKOU OFF SALVADOR, BRAZIL, ON DECEMBER 12, 1976

ORDER DEEMING MOTION WITHDRAWN AND
VACATING HEARING

This matter is presently before the Panel pursuant to a motion under 28 U.S.C. §1407 to centralize the five actions on the attached Schedule A in the Southern District of New York for coordinated or consolidated pretrial proceedings. Movant now reports to the Panel that it has entered into a settlement agreement with defendants in the actions and has agreed to a dismissal of the actions. Accordingly, movant states that it now wishes to withdraw its Section 1407 motion.

IT IS THEREFORE ORDERED that movant's request to withdraw its motion be granted, and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the hearing order filed on November 5, 1982, as amended on November 15, 1982, and the schedule attached thereto be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

## Schedule A

MDL-528 -- In re General Average Litigation Arising from the Grounding of the M/V JYTTE SKOU off Salvador, Brazil, on December 12, 1976

### District of Massachusetts

Ove Skou R/A v. Munro Wool Inc.,
C.A. No. 81-3103-Z

### District of Connecticut

Ove Skou R/A v. Barkey International Corp.,
C.A. No. Civ. B-81-597

### Eastern District of Pennsylvania

Ove Skou R/A v. Blar Co., Ltd., et al.,
C.A. No. Civ 81-5147

### Eastern District of North Carolina

Ove Skou R/A v. Cigar Supply Inc.,
C.A. No. 81-124-Civ-7A

### Southern District of New York

Ove Skou R/A v. Hills Bros. Coffee, Inc., et al.,
C.A. No. 81 Civ 7548